1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**SOUTHERN DISTRICT OF CALIFORNIA**

8

9  SHAWNTERA FROHREICH,

Case No.:  20-CV-02248 W (RBB)

10                              Plaintiff,

11  v.

**ORDER:**
**(1) GRANTING SUBSTITUTION OF ATTORNEY [DOC. 7]; AND**

12  PETSMART, INC., et al.,

13                              Defendants.

**(2) GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 9.]**

14

15

16          Before the Court is Defendant Petsmart, Inc.'s request for approval of substitution

17  of counsel [Doc. 7] and a joint motion to dismiss with prejudice [Doc. 9].  Good cause

18  appearing, the Court **GRANTS** both motions.  This action is dismissed **WITH**

19  **PREJUDICE**.  Per the terms of the joint motion, each party is to bear its own fees and

20  costs.

21          **IT IS SO ORDERED.**

22  Dated:  February 22, 2021

23

24                                              _____
                                                Hon. Thomas J. Whelan
25                                              United States District Judge

26
27
28

1

20-CV-02248 W (RBB)